# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| MURRAY MORGAN, RENEE ANDREWS, and ROBERT ORSELLO, | No. CV-19-43-BU-SEH |
| Plaintiffs, | |
| vs. | **ORDER** |
| RSUI INDEMNITY COMPANY, | |
| Defendant. | |

On September 24, 2019, Defendant RSUI Indemnity Company moved for admission of Kevin G. Mikulaninec, Esq., of Walker Wilcox Matousek, LLP, Chicago, Illinois, to appear *pro hac vice* with Gary M. Zadick, Esq., to act as local counsel.[1] Mikulaninec's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendant's Motion for Admission of Kevin G. Mikulaninec *pro hac vice*[2] is GRANTED subject to the following conditions:

---

[1] *See* Doc. 7.

[2] Doc. 7.

1.      Local counsel must serve as lead counsel or as co-lead counsel;

2.      Mikulaninec must do his own work.  He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.

3.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

4.      Admission is personal to Mikulaninec; it is not an admission of Walker Wilcox Matousek, LLP law firm.

FURTHER ORDERED:

This Order will be withdrawn unless Mikulaninec, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this **30**th day of September, 2019.


*Sam E. Haddon*

SAM E. HADDON
United States District Judge