**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BUTTE DIVISION**

| | |
|---|---|
| MURRAY MORGAN, RENEE ANDREWS, and ROBERT ORSELLO, <br><br>Plaintiffs, <br><br>vs. <br><br>RSUI INDEMNITY COMPANY, <br><br>Defendant. | No. CV-19-43-BU-SEH <br><br><br><br>**ORDER** |

On October 22, 2019, Defendant RSUI Indemnity Company filed a Preliminary Pretrial Statement.[1] The preliminary pretrial statement does not comply with the rules of this Court.[2]

ORDERED:

Necessary and appropriate revisions to Defendants' preliminary pretrial statement, addressing the deficiencies outlined above, shall be filed and served on

---

[1] Doc. 12.

[2] *See* L.R. 1.5(a).

or before October 28, 2019.

DATED this 23rd day of October, 2019.

                                              SAM E. HADDON
                                              United States District Judge