# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| MURRAY MORGAN, RENEE ANDREWS, and ROBERT ORSELLO,<br><br>Plaintiffs,<br><br>vs.<br><br>RSUI INDEMNITY COMPANY,<br><br>Defendant. | No. CV-19-43-BU-SEH<br><br>ORDER |

The parties having filed a Joint Stipulation for Dismissal with Prejudice,

ORDERED:

This case is DISMISSED with prejudice on the merits with each party to bear its own costs and attorneys' fees.

DATED this 26th day of June, 2020.

SAM E. HADDON
United States District Judge